# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:

**Susan Marie Latchaw** ) Case No. 08-50334

) Chapter 13

    Debtor

) Judge Marilyn Shea-Stonum

) **APPLICATION FOR ADDITIONAL COMPENSATION**

    Now comes Robert M. Whittington, Jr., attorney for the above-captioned debtors, who prays for the entry of an order allowing him $350.00 in additional compensation out of the debtors' estate. The said attorney respectfully represents that he has performed services for the benefit of the estate not contemplated in the originally-filed fee application, to wit, the said attorney had filed a response to a Motion to Modify Plan that is necessary for the debtors' effective reorganization under the Chapter 13 plan. The said attorney further represents that the said services have required the expenditure of approximately one (1) hour of the said attorney's time. Attached hereto as Exhibit "A" is an authorization for the said charge signed by the debtors.

    WHEREFORE, Robert M. Whittington, Jr., attorney for the debtors, hereby makes application for $350.00 in additional attorney's fees to be paid out of the debtors' Chapter 13 estate by the Chapter 13 Trustee.

    Respectfully Submitted,

    /s/ Robert M. Whittington, Jr.

    _____
    Robert M. Whittington, Jr. 0007851
    Elk, Elk & Whittington
    159 S. Main St., #1023
    Akron, OH 44308
    Voice (330) 384 8484
    Fax (330) 384 8953
    E-Mail elkwhitt@neo.rr.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been forwarded, postage prepaid, this 27th day of August, 2009 to the following:

Electronic Service to:

Keith L. Rucinski, Trustee

Regular U.S. Mail Service to:

Ms. Susan Latchaw
1311 Kentucky Ave.
Akron, OH 44314

/s/ Robert M. Whittington, Jr.
_____